UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHARI BOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:18-CV-0510-G |
| AD ASTRA RECOVERY SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

In a separate memorandum opinion and order issued on this date, the court granted the defendant's motion to dismiss or stay the instant proceedings and to compel arbitration (docket entry 12) and stayed this action pending the outcome of that arbitration proceeding.  In an effort to manage this court's docket more efficiently, this case will be **ADMINISTRATIVELY CLOSED**.  The case may be reopened, without prejudice, upon the motion of any party.  The right to reopen shall continue until 30 days after the decision of the arbitrator is issued.

**SO ORDERED**.

July 18, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**